# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 11CR5413-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| EDGAR CARDENAS-CHAVEZ (1), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Edgar Cardenas-Chavez is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED: March 13, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT